IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON INDIVIDUALLY AND SEVERALLY SUBSCRIBING TO POLICY NUMBER 18LB1103,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE RIDER NETWORK, LLC; MIDWEST MOTORSPORTS, LLC dba STR8UP SXS SERIES; CHARLES OUSLEY; CULLMAN COUNTY COMMISSION dba STONEY LONESOME OHV PARK; CULLMAN COUNTY COMMISSION CHAIRMAN KENNETH WALKER; COMMISSIONER KERRY WATSON; COMMISSIONER GARRY MARCHMAN, CULLMAN COUNTY PARKS AND RECREATION DIRECTOR, DOUG DAVENPORT; KIM DUNCAN, as the ADMINISTRATRIX of THE ESTATE of ERIN ELIZABETH DUNCAN, deceased; ASHLEY RICHEY, as the ADMINISTRATRIX of THE ESTATE OF LANCE RICHEY, deceased; JENNIFER BENSON; MICHAEL SHIRLEY; MICHAEL TESTER, JOSHUA McCORMICK; and MICHAEL WARREN<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO.: 5:18-cv-01851-LCB |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff INTERNATIONAL INSURANCE COMPANY OF HANOVER SE and THOSE CERTAIN UNDERWRITERS AT LLOYDS, LONDON and all appearing

Defendants., by and through their counsel of record, and respectfully stipulate that this matter may be dismissed with prejudice. As grounds therefore, the parties state as follows:

The underlying matters have been resolved and there remains to no further dispute as to coverage. Thus, the instant action is due to be dismissed with prejudice.

Each party is to bear his or its own costs.

DATED this 22nd day of July, 2020.

|  |  |
|---|---|
|  | /s/ Christina May Bolin |
|  | CHRISTINA MAY BOLIN |
|  | Attorney for Plaintiff |

OF COUNSEL:
CHRISTIAN & SMALL, LLP
Email: cmbolin@csattorneys.com

                                                  s/Craig S. Dillard
                                                  CRAIG S. DILLARD
                                                  Attorney for Cullman County Defendants

OF COUNSEL:
Webb & Eley, PC
Email: cdillard@webbeley.com

                                                  s/Evan G. Allen
                                                  EVAN G. ALLEN
                                                  Attorney for Kim Duncan and Jennifer Benson

OF COUNSEL:
Beasley, Allen, Crow, Methvin, Porthis & Miles, P.C.
Email: Evan.Allen@BeasleyAllen.com

                                                  s/Robert M. Girardeau
                                                  ROBERT M. GIRARDEAU
                                                  Attorney for The Rider Network and Midwest Motorsports, LLC

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
Email: BGirardeau@huielaw.com

                                                  TODD N. HAMILTON
                                                  Attorney for Charles Ousley

OF COUNSEL:
Smith, Spires, Peddy, Hamilton & Coleman, P.C.

[020828-00001/1597150/1]

Email: todd@ssp-law.com

OF COUNSEL:
Allen C. Jones , LLC
Email:  ajoneslaw@gmail.com

*s/Allen C. Jones*
ALLEN C. JONES
Attorney for Joshua McCormick

[020828-00001/1597150/1]